BONNIE NICHOLS *v.* CITY OF BRIDGEPORT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 903 (AC 30975), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Bruce E. Newman*, in support of the petition.

Decided February 17, 2011

---

WILLIAM BARTLETT *v.* METROPOLITAN DISTRICT COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 149 (AC 31231), is denied.

*Gerald S. Sack*, in support of the petition.

*Jack G. Steigelfest*, in opposition.

Decided February 17, 2011